UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joel Giovanni Arroyo-Arcay                            Docket No. 5:16-CR-274-1F

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joel Giovanni Arroyo-Arcay, who, upon an earlier plea of guilty to Trafficking in Counterfeit Goods/Services, 18 U.S.C §§ 2320(a) and 2; Money Laundering 18 U.S.C. § 1956(a)(1)(A)(ii) and (h), was sentenced by the Honorable Jose A. Fuste, U.S. District Judge, District of Puerto Rico, on January 16, 2015, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months.

    Joel Giovanni Arroyo-Arcay was released from custody on October 14, 2015, at which time the term of supervised release commenced in the District of Puerto Rico. On December 8, 2015, the defendant's supervision was transferred to the Eastern District of North Carolina. On October 27, 2016, the Eastern District of North Carolina accepted jurisdiction of this case.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been on supervised release for over one year. Since his release, he has maintained full-time employment and has remained in compliance with his conditions of release. Based on his compliance and his full-time employment, the probation office is respectfully recommending that the remainder of his community service requirement be removed. He was ordered to complete 350 community services hours and has completed 120.5.

**PRAYING THAT THE COURT WILL ORDER** that the condition requiring that the defendant perform 350 hours of community service work during the supervision period at a private non-profit or public facility to be selected and under such arrangements as the Probation Officer to the court may determine, be modified to 120 hours.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>Sr. U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: November 14, 2016 |

Joel Giovanni Arroyo-Arcay
Docket No. 5:16-CR-274-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___15___ day of ___November___, 2016, and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge